Brian T. Flahavan [SBN 215222]
FLAHAVAN LAW OFFICES
400 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 525-2917
Facsimile: (707) 525-2918

Attorney for Plaintiff
BEVERLY ACKERMAN-BODMER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY ACKERMAN-BODMER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.**<br><br>**COMPLAINT** |

1.  Plaintiff, BEVERLY ACKERMAN-BODMER, was, at all times material to this action, a resident of Sonoma County, California.

2.  At all times material to this action, employees of Defendant UNITED STATES OF AMERICA were acting in the course and scope of their employment.

3.  Jurisdiction for suits against the United States Government lies with United States District Court per 39 U.S. Code § 409 and authorized by Federal Tort Claims Act. Accordingly, the subject accident injury claim is covered under the Federal Tort Claim Act (FTCA), 28 U.S.C. §2679.

4.  On January 7, 2022, Plaintiff submitted to Presidio Trust and National Park Service a Standard Form 95 Claim for damage, Injury, or Death, in compliance with the FTCA.

1

COMPLAINT

5. Pursuant to 45 CFR § 35.2 and 28 U.S.C. §2675 (a), Plaintiff is entitled to consider her FTCA claim to have been denied by the expiration of six months from the date of her submission of the FTCA claim.

6. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to allege the true names and capacities of these DOES when ascertained. Plaintiff is informed and believes, and thereon alleges, that the fictitiously named defendants are responsible in some manner for the occurrences and acts as alleged, and that Plaintiff's damages and harms, as herein alleged, were legally caused by the negligence and/or intentional torts of these defendants.

## FACTS

7. The subject matter of Plaintiff's Complaint is a premises liability accident that occurred in the city of San Francisco, California.

8. Plaintiff BEVERLY ACKERMAN-BODMER was walking in the Anza Parking lot in the Presidio of San Francisco when she tripped and fell as a result of a hazardous condition in the Anza Avenue Parking lot.

9. Plaintiff BEVERLY ACKERMAN-BODMER alleges that Federal Employees employed at the Presidio in San Francisco failed to maintain the Anza Parking lot in a reasonably safe condition.

10. As a result of Defendant UNITED STATES OF AMERICA's employees' failure to maintain the Anza Parking lot in a reasonably safe manner, Ms. Ackerman-Bodmer fell to the ground, striking her shoulder and other body parts, sustaining injuries which required medical treatment.

11. Plaintiff BEVERLY ACKERMAN-BODMER seeks non-economic damages for pain and suffering.

12. Plaintiff BEVERLY ACKERMAN-BODMER also incurred medical damages in an approximate amount of $90,500.00.

///

///

///

# FIRST CAUSE OF ACTION

## PERSONAL INJURY

### (All Defendants)

13. Plaintiff incorporates by reference each and every allegation set forth above in this Complaint.

14. At all times relevant herein, Defendants owed Plaintiff a duty of care.

15. Defendants' employees breached their duty of care to Plaintiff by failing to property maintain, manage, operate and control their property in a reasonably safe manner, causing the subject accident, and Plaintiff's injuries.

16. As a direct and proximate result of the acts of Defendants, and each of them, Plaintiff BEVERLY ACKERMAN-BODMER sustained bodily injuries as a result of the subject accident on January 18, 2020, in San Francisco, California, in an amount within the jurisdictional limits of this Court.

## JURY DEMAND

17. Plaintiff hereby demands a trial by jury as to all claims in this action so triable.

WHEREFORE, Plaintiff prays for judgement against Defendants as follows:

1. For an award of general damages according to proof;
2. For an award for special damages according to proof;
3. For costs of suit; and
4. For such other and further relief as the Court may deem just and proper.

Date: September 14, 2022

FLAHAVAN LAW OFFICES

BRIAN T. FLAHAVAN
Attorney for Plaintiff
BEVERLY ACKERMAN-BODMER

COMPLAINT